No. 96–8873. RUFF v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–8875. STROUD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–8883. MORENO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8897. NORVILLE ET UX. v. DELL CORP. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 96–8900. ANGELLO v. NORTHERN MARIANA ISLANDS ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8901. ARGUETA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–8904. GATES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8905. SCHWARZ v. SPALDING. Sup. Ct. Utah. Certiorari denied.

No. 96–8908. ROBERTS v. GLANZ. C. A. 10th Cir. Certiorari denied.

No. 96–8909. TOWNS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–8918. ATHERTON v. ARLINGTON COUNTY BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–8922. HUALDE-REDIN ET AL. v. ROYAL BANK OF PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–8924. ALLEN v. DILLEY ET AL. Ct. App. Ore. Certiorari denied.

No. 96–8925. BURNS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.